FILED

OCT 22 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY; et al.,<br><br>        Plaintiffs - Appellants,<br><br>and<br><br>DEANNA SYKES; et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>        Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br>ORDER |

The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

FOR THE COURT


By: Ann Julius
Circuit Mediator

AJ/Mediation