

# FILED
DEC 30 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>　　　　Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br>ORDER |

　　　A review of the district court docket shows that appellants' have paid the appeal fees on August 25, 2009. The Clerk shall update this court's docket to reflect that appellants have paid the appeal fees.

　　　The parties' stipulation to stay appellate proceedings pending this court's disposition of *Nordyke v. King*, no. 07-15763, is granted.

　　　This case is stayed until March 22, 2010.

　　　On or before the expiration of the stay, the parties may stipulate for further appropriate relief.

　　　In the absence of a stipulation from the parties, the stay will expire and the following briefing schedule will govern: the opening brief will be due April 21,

2010; the answering brief will be due May 21, 2010; and the optional reply brief will be due 14 days after service of the answering brief.

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court


        Lorela Bragado-Sevillena
        Deputy Clerk
            Ninth Circuit Rule 27-7/Advisory Note
            to Rule 27 and Ninth Circuit Rule 27-10