UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 06 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN, <br><br> Plaintiffs - Appellants, <br><br> and <br><br> DEANNA SYKES; et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO; et al., <br><br> Defendants - Appellees. | No. 09-16852 <br><br> D.C. No. 2:08-cv-02064-JAM-KJM <br> U.S. District Court for Eastern California, Sacramento <br><br> **ORDER** |

The opening brief submitted on May 5, 2010 is filed.

Within 7 days of this order, appellants are ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Fred Taylor
Deputy Clerk