

**FILED**

MAY 24 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>        Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br>ORDER |

Appellees' joint motion for an extension of time to file the answering brief is construed as a motion to further stay appellate proceedings pending this court's disposition of *Nordyke v. King*, no. 07-15763. So construed, the motion is granted.

This case is stayed until August 16, 2010. On or before the expiration of the stay, appellees shall file the answering briefs or file a status report and an appropriate motion.

If appellees file the answering brief, the reply brief is due within14 days after service of the last-served answering brief.

The filing of the answering briefs or failure to file a status report shall terminate the stay.

                                For the Court:

                                MOLLY C. DWYER
                                Clerk of the Court

                                Lorela Bragado-Sevillena
                                Deputy Clerk
                                      Ninth Circuit Rule 27-7/Advisory Note
                                      to Rule 27 and Ninth Circuit Rule 27-10

17MAY2010/LBS/Pro Mo