

# FILED

AUG 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>   Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br>ORDER |

 Appellees' joint motion to further stay appellate proceedings pending this court's disposition of *Nordyke v. King*, no. 07-15763 is granted. This case is stayed until October 15, 2010.

 On or before the expiration of the stay, appellees shall file the answering briefs or file a status report and an appropriate motion.

 If appellees file the answering brief, the reply brief is due within 14 days after service of the last-served answering brief.

 The filing of the answering briefs or failure to file a status report shall terminate the stay.

         For the Court:

         MOLLY C. DWYER
         Clerk of the Court

         Lorela Bragado-Sevillena
         Deputy Clerk
           Ninth Circuit Rule 27-7/Advisory Note
           to Rule 27 and Ninth Circuit Rule 27-10