UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN, | No. 09-16852 |
| Plaintiffs - Appellants, | D.C. No. 2:08-cv-02064-JAM-KJM Eastern District of California, Sacramento |
| and | |
| DEANNA SYKES; et al., | ORDER |
| Plaintiffs, | |
| v. | |
| COUNTY OF SACRAMENTO; et al., | |
| Defendants - Appellees. | |

The appellees' joint motion to further stay appellate proceedings pending

this court's disposition of *Nordyke v. King*, case No. 07-15763, and *Mehl v. County*

*of Sacramento*, *et al*, case No. 08-15773, is granted.

This case is stayed until January 21, 2011. On or before the expiration of the

stay, the appellees shall file the answering briefs or file a status report and motion

for appropriate relief. If the appellees file the answering brief, the reply brief shall

be due within 14 days after service of the last-served answering brief.  The filing of the answering briefs or the failure to file a status report shall terminate the stay.

This order was issued prior to the expiration of time within which a response may be filed.  Fed.  R.  App.  P.  27(b).  The appellees are reminded that a request for relief from this court should state the position of opposing counsel.  *See* Circuit Advisory Committee Note to Ninth Circuit Rule 27-1, paragraph (5).

For the Court:
MOLLY C. DWYER
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10