UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN, <br><br> Plaintiffs - Appellants, <br><br> and <br><br> DEANNA SYKES; et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO; et al., <br><br> Defendants - Appellees. | No. 09-16852 <br><br> D.C. No. 2:08-cv-02064-JAM-KJM <br> Eastern District of California, Sacramento <br><br> ORDER |

The appellees' motion to stay appellate proceedings pending *Nordyke v. King*, Case No. 07-15763, and *Mehl v. County of Sacramento, et al.*, Case No. 08-15773, is granted in part. Appellate proceedings are stayed until March 23, 2011.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief.

If the answering brief is filed, the optional reply brief will be due within 14 days after service of the last served answering brief.

GS 01/17/11/Pro Mo

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

                For the Court:

                MOLLY C. DWYER
                Clerk of Court

                Grace S. Santos
                Deputy Clerk
                Ninth Circuit Rule 27-7/Advisory Note to Rule 27
                   and Ninth Circuit 27-10