FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 24 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN, | No. 09-16852 |
| Plaintiffs - Appellants, | D.C. No. 2:08-cv-02064-JAM-KJM |
| and | Eastern District of California, Sacramento |
| DEANNA SYKES; et al., | |
| Plaintiffs, | ORDER |
| v. | |
| COUNTY OF SACRAMENTO; et al., | |
| Defendants - Appellees. | |

The appellees' motion to stay appellate proceedings pending *Nordyke v. King*, Case No. 07-15763, and *Mehl v. County of Sacramento, et al.*, Case No. 08-15773, is granted. Appellate proceedings are stayed until May 23, 2011.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief. If the answering brief is filed, the optional reply brief will be due within 14 days after service of the last served answering brief.

GS   03/21/11/Pro Mo

No. 09-16852

In the absence of a motion, the stay of appellate proceedings will terminate

without further notice.

For the Court:

MOLLY C. DWYER
Clerk of Court

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10