UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN, <br><br> Plaintiffs - Appellants, <br><br> and <br><br> DEANNA SYKES; et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO; et al., <br><br> Defendants - Appellees. | No. 09-16852 <br><br> D.C. No. 2:08-cv-02064-JAM-KJM <br> Eastern District of California, Sacramento <br><br> ORDER |

The appellees' motion to stay appellate proceedings pending *Mehl v. County of Sacramento, et al.*, Case No. 08-15773, is granted. Appellate proceedings are stayed until September 6, 2011.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief. If the answering brief is filed, the optional reply brief will be due within 14 days after service of the last served answering brief.

GS   06/06/11/Pro Mo

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

> For the Court:
>
> MOLLY C. DWYER
> Clerk of Court
>
> Grace S. Santos
> Deputy Clerk
> Ninth Circuit Rule 27-7/Advisory Note to Rule 27
>    and Ninth Circuit 27-10

GS  06/06/11/Pro Mo