Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

NOTE: To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 09-16852

Case Name: ROTHERY and HOFFMAN v. COUNTY OF SACRAMENTO, et al.

The Clerk will enter my appearance as counsel on behalf of: Kamala Harris, Attorney General of the State of California

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

- [ ] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

- [x] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): Geoffrey Graybill and Timothy Lee Rieger

Signature (use "s/" format): /s/ George Waters, Deputy Attorney General
Date: June 24, 2011

Name: George Waters, Deputy Attorney General

Address: 1300 I Street, Suite 125
PO Box 944255

City: Sacramento  State: CA  Zip Code: 94244-2550

Phone Number (including area code): (916) 323-8050