UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN,<br><br>            Plaintiffs - Appellants,<br><br>  and<br><br>DEANNA SYKES; et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>            Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br><br>ORDER |

Appellees County of Sacramento, et al.'s motion to stay appellate proceedings pending *Mehl v. County of Sacramento,* No. 08-15773, is granted in part. Appellate proceedings are stayed until December 6, 2011.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering brief or file a motion for appropriate relief. If he answering brief is filed, the optional reply brief is due within 14 days after service of the answering brief.

GS 08/29/11/Pro Mo/Pro Mo

No. 09-16852

In the absence of a motion, the stay of appellate proceedings will terminate

without further notice.

                              For the Court:

                              MOLLY C. DWYER
                              Clerk of Court

                              Grace S. Santos
                              Deputy Clerk
                              Ninth Circuit Rule 27-7/Advisory Note to Rule 27
                                 and Ninth Circuit 27-10