09-16852

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**JAMES ROTHERY and ANDREA HOFFMAN,**

        Plaintiffs - Appellants,

    v.

**COUNTY OF SACRAMENTO, et al.,**

        Defendants - Appellees.

On Appeal from the United States District Court
for the Eastern District of California
No. 2:08-cv-02064-JAM-KJM
The Honorable John A. Mendez, Judge

**JOINT MOTION BY DEFENDANTS –
APPELLEES FOR FURTHER STAY OF
APPELLATE PROCEEDINGS**

JOHN A. LARVA
State Bar No. 114533
JERI L. PAPPONE
State Bar No. 210104
LONGYEAR, O'DEA & LARVA, LLP
   3620 American River Drive, Suite 230
   Sacramento, CA 95864-5923
   Telephone: (916) 974-8500
   Fax: (916) 974-8510
*Attorneys for Appellees County of Sacramento, Lou Blanas, John McGinnis, Timothy Sheehan*

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General
PETER KRAUSE
Supervising Deputy Attorney General
GEORGE WATERS
Deputy Attorney General
State Bar No. 88295
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-8050
Fax: (916) 324-8835
*Attorneys for Appellee Kamala D. Harris*

## I. RELIEF SOUGHT

Appellees County of Sacramento, Lou Blanas, John McGinniss, Tim Sheehan and Kamala D. Harris, move this Court for an extension of the current stay of proceedings in this matter. At present, appellees' answering briefs are due December 6, 2011. Appellees request that the current stay be extended until ninety (90) days following issuance of the Ninth Circuit's mandate in *Mehl v. County of Sacramento*, No. 08-15773.

## II. POSITIONS OF ALL COUNSEL

All appellees, through the undersigned counsel, join in this Motion for Further Stay of Appellate Proceedings.

All appellants are represented by Gary W. Gorski. Mr. Gorski has indicated to counsel that he has no objection to this motion for further stay of proceedings. (See ¶7 of the attached Joint Declaration.)

## III. NEED FOR EXTENSION OF THE CURRENT STAY

The present appeal has been stayed several times pending the resolution of other appeals, particularly *Mehl v. County of Sacramento*, No. 08-15773. This Court's present stay order was entered August 30, and stays proceedings until December 6, 2011. (Dkt. # 35.) As set forth in that order, "At or prior to the expiration of the stay of appellate proceedings, the

appellees shall file the answering brief or file a motion for appropriate relief."

There is good reason to stay the present appeal pending resolution of the *Mehl* appeal. There is considerable overlap between *Mehl* and the present case. Both cases involve a constitutional challenge to California's Concealed Carry Weapon (CCW) statutes, and to the application of those statutes by the Sacramento County Sheriff. The Sacramento County Sheriff, the County of Sacramento, and the California Attorney General, are appellees in both cases. Appellants' counsel and appellees' counsel are the same in both cases.

In *Mehl,* this Court *sua sponte* entered a stay of submission after oral argument pending issuance of the Ninth Circuit's mandate in *Nordyke v. King*, No. 07-15763. *Nordyke* likely will determine what standard of review the Ninth Circuit will apply to Second Amendment challenges to state statutes that regulate the possession of firearms. *Mehl* necessarily will resolve many of the issues presented in the present appeal. A further stay will allow the parties to better brief the Second Amendment issues presented here, and will allow the Ninth Circuit to avoid potentially conflicting or inconsistent decisions on the constitutionality of California's CCW licensing regime.

Accordingly, appellees request that the current stay be extended until ninety (90) days following issuance of the Ninth Circuit's mandate in *Mehl v. County of Sacramento*, No. 08-15773.

Dated:  November 7, 2011	K<span>AMALA</span> D. H<span>ARRIS</span>
	Attorney General of California

	/s/ G<span>EORGE</span> W<span>ATERS</span>

	G<span>EORGE</span> W<span>ATERS</span>
	Deputy Attorney General
	*Attorneys for Appellee*
	*Kamala D. Harris*

Dated:  November 7, 2011	L<span>ONGYEAR</span>, O'D<span>EA</span> & L<span>AVRA</span>

	/s/ J<span>ERI</span> L. P<span>APPONE</span>

	J<span>ERI</span> L. P<span>APPONE</span>
	*Attorneys for Appellees*
	*County of Sacramento, Lou Blanas,*
	*John McGinnis, Timothy Sheehan*

# JOINT DECLARATION OF JERI L. PAPPONE AND GEORGE WATERS IN SUPPORT OF APPELLEES' MOTION FOR FURTHER STAY

WE, Jeri L. Pappone and George Waters, declare as follows:

1. We are attorneys licensed to practice law before all courts in the State of California and are admitted to practice before this Court. Jeri Pappone is an associate of the law firm of Longyear, O'Dea & Lavra, LLP, counsel of record for Defendants/Appellees, County of Sacramento, Lou Blanas, John McGinnis, and Tim Sheehan. George Waters is a Deputy Attorney General for the State of California and counsel of record for Defendant/Appellee Kamala D. Harris, Attorney General of the State of California.

2. In the present *Rothery* appeal, appellants' opening brief was filed on May 6, 2010. (Dkt. # 11.) Thereafter, appellate proceedings, including the filing of appellees' answering briefs, have been stayed by a series of court orders dated May 24, 2010 (Dkt. # 15), August 16, 2010 (Dkt. # 18), October 18, 2010 (Dkt. # 20), January 18, 2011 (Dkt. # 22), March 24, 2011 (Dkt. # 25), June 8, 2011 (Dkt. # 27), and August 30, 2011 (Dkt. # 35). At present, appellees' answering briefs are due on December 6, 2011.

3. We are also counsel of Record for Defendants/Appellees in the pending 9th Circuit case of *Mehl v. Lou Blanas, et al.*, Case No. 08-15773.

4. The *Mehl* appeal is closely related to the present *Rothery* appeal. Appellants' counsel and appellees' counsel are the same in both cases. Both cases involve a constitutional challenge to California's Concealed Carry Weapon (CCW) statutes, and to the application of those statutes by the Sacramento County Sheriff. The Sacramento County Sheriff, the County of Sacramento, and the California Attorney General, are appellees in both cases. *Mehl* has been argued before this Court, and thereafter the court *sua sponte* withdrew the appeal from submission pending the decision by the Court in *Nordyke v. King*, No. 07-15763. (*See* Exhibits A and B hereto, Court orders of September 11, 2009 and July 20, 2010.)

5. The Ninth Circuit issued an opinion in *Nordyke* on May 2, 2011. On May 23, 2011, a petition for rehearing en banc was filed. On June 13, 2011, the Ninth Circuit called for a response. No order on the en banc petition has issued.

6. Appellees have exercised diligence in this matter, but will have only one opportunity to address the Second Amendment and related issues raised by appellants, and will not be able to adequately present their cases without analyzing the Ninth Circuit's final opinion in *Nordyke*. Further, because the present appeal is strikingly similar to the *Mehl* appeal (both cases involve a constitutional challenge to California's Concealed Carry

Weapon (CCW) statutes, and to the application of those statutes by the Sacramento County Sheriff), it is appropriate to await the Court's application of *Nordyke* to *Mehl* prior to any further briefing in *Rothery*. The requested continuation of the stay to a date until ninety (90) days following issuance of the Ninth Circuit's mandate in *Mehl* is therefore reasonable and will enable appellees' counsel to fulfill their obligations to their clients and to this Court.

7. On November 2, 2011, telephone and e-mail messages were left for Plaintiffs/Appellants' counsel Gary Gorski regarding Appellees' motion for continued stay of the appellate proceedings. On November 4, 2011, Jeri Pappone receive an e-mail from Mr. Gorski stating that he had no objection to the request for continued stay.

Declarants declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

/ / /

/ / /

EXECUTED this seventh day of November, 2011, at Sacramento, California.

| | |
|---|---|
| LONGYEAR, O'DEA & LAVRA, LLP | KAMALA D. HARRIS<br>Attorney General of California |
| /s/ JERI L. PAPPONE | |
| | /s/ GEORGE WATERS |
| JERI L. PAPPONE<br>*Attorneys for Appellees*<br>*County of Sacramento, Lou Blanas,*<br>*John McGinnis, Timothy Sheehan* | GEORGE WATERS<br>*Attorneys for Appellee*<br>*Kamala D. Harris* |

SA2009102233