**EXHIBIT A**

FILED

SEP 11 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID K. MEHL; LIK T. LAU, | No. 08-15773 |
| Plaintiffs - Appellants, | D.C. No. 2:03-CV-02682-MCE-KJM |
| and | Eastern District of California, Sacramento |
| FRANK FLORES, | |
| Plaintiff, | ORDER |
| v. | |
| LOU BLANAS; SACRAMENTO COUNTY SHERIFF DEPARTMENT; SACRAMENTO COUNTY; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records, | |
| Defendants - Appellees. | |

Before: SCHROEDER and BERZON, Circuit Judges, and ROTH,[*] Senior Circuit Judge.

This appeal is withdrawn from submission pending decision by the *en banc* panel of this Court in *Nordyke v. King*, No. 07-15763.

---

[*] The Honorable Jane R. Roth, Senior United States Circuit Judge for the Third Circuit, sitting by designation.