**EXHIBIT B**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 20 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID K. MEHL; LIK T. LAU, | No. 08-15773 |
| Plaintiffs - Appellants, | |
| | D.C. No. 2:03-CV-02682-MCE-KJM |
| and | Eastern District of California, Sacramento |
| FRANK FLORES, | |
| Plaintiff, | ORDER |
| v. | |
| LOU BLANAS; SACRAMENTO COUNTY SHERIFF DEPARTMENT; SACRAMENTO COUNTY; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records, | |
| Defendants - Appellees. | |

Before: SCHROEDER and BERZON, Circuit Judges, and ROTH, Senior Circuit Judge. *

    Submission of this case will remain vacated pending issuance of the mandate

in *Nordyke v. King*, No. 07-15763.

---

        *        The Honorable Jane R. Roth, Senior United States Circuit Judge for the Third Circuit, sitting by designation.