**FILED**

NOV 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN, <br><br> Plaintiffs - Appellants, <br><br> and <br><br> DEANNA SYKES; et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO; et al., <br><br> Defendants - Appellees. | No. 09-16852 <br><br> D.C. No. 2:08-cv-02064-JAM-KJM <br> Eastern District of California, Sacramento <br><br> ORDER |

Appellees County of Sacramento, et al.'s motion to stay appellate proceedings pending *Mehl v. County of Sacramento,* No. 08-15773, is granted. Appellate proceedings are stayed until March 5, 2012.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief. If the answering briefs are filed, the optional reply brief is due within 14 days after service of the last served answering brief.

GS 11/14/11//Pro Mo

No. 09-16852

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

                                      For the Court:

                                      MOLLY C. DWYER
                                      Clerk of Court

                                      Grace S. Santos
                                      Deputy Clerk
                                      Ninth Circuit Rule 27-7/Advisory Note to Rule 27
                                          and Ninth Circuit 27-10