Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 9-16852

Case Name: JAMES ROTHERY v. COUNTY OF SACRAMENTO

The Clerk will enter my appearance as counsel on behalf of: COUNTY OF SACRAMENTO

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

- [ ] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

- [x] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): AMANDA LYNN BUTTS

Signature (use "s/" format): /s/ John A. Lavra    Date: April 18, 2012

Name: JOHN A. LAVRA

Address: 3620 AMERICAN RIVER DRIVE, SUITE 230

City: SACRAMENTO    State: CA    Zip Code: 95864

Phone Number (including area code): (916) 974-8500