FILED

MAY 14 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN,<br><br>              Plaintiffs - Appellants,<br><br>  and<br><br>DEANNA SYKES; et al.,<br><br>              Plaintiffs,<br><br>  v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>              Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br>ORDER |

Appellees County of Sacramento, et al.'s motion to stay appellate proceedings pending *Mehl v. County of Sacramento,* No. 08-15773, is granted. Appellate proceedings are stayed until September 6, 2012.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief. If the answering briefs are filed, the optional reply brief is due within 14 days after service of the last served answering brief.

GS   05/14/12/Pro Mo

No. 09-16852

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

For the Court:

MOLLY C. DWYER
Clerk of Court

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10

GS   05/14/12/Pro Mo