FILED

AUG 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN,<br><br>　　　　Plaintiffs - Appellants,<br><br>　and<br><br>DEANNA SYKES; et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>　　　　Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br>ORDER |

　　　Appellees County of Sacramento, et al.'s motion to stay appellate proceedings pending *Mehl v. County of Sacramento,* No. 08-15773, is granted. Appellate proceedings are stayed until December 5, 2012.

　　　At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief. If the answering briefs are filed, the optional reply brief is due within 14 days after service of the last served answering brief.

GS　08/27/12/Pro Mo

No. 09-16852

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

        For the Court:

        MOLLY C. DWYER
        Clerk of Court

        Grace S. Santos
        Deputy Clerk
        Ninth Circuit Rule 27-7/Advisory Note to Rule 27
          and Ninth Circuit 27-10

GS   08/27/12/Pro Mo