UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAMES ROTHERY and ANDREA
HOFFMAN,

               Plaintiffs - Appellants,

  and

DEANNA SYKES; et al.,

               Plaintiffs,

  v.

COUNTY OF SACRAMENTO; et al.,

               Defendants - Appellees.

No. 09-16852

D.C. No. 2:08-cv-02064-JAM-KJM
Eastern District of California,
Sacramento

ORDER

Appellees County of Sacramento, et al.'s motion to stay appellate proceedings pending *Mehl v. County of Sacramento,* No. 08-15773, is granted. Appellate proceedings are stayed until March 5, 2013.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief. If the answering briefs are filed, the optional reply brief is due within 14 days after service of the last served answering brief.

GS   11/26/12/Pro Mo

No. 09-16852

In the absence of a motion, the stay of appellate proceedings will terminate

without further notice.

For the Court:

MOLLY C. DWYER
Clerk of Court

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
    and Ninth Circuit 27-10

GS    11/26/12/Pro Mo