FILED

FEB 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN,<br><br>        Plaintiffs - Appellants,<br><br>and<br><br>DEANNA SYKES; et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>        Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br>ORDER |

Appellees County of Sacramento, et al.'s motion to stay appellate proceedings pending *Mehl v. County of Sacramento,* No. 08-15773, is granted. Appellate proceedings are stayed until June 3, 2013.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief. If the answering briefs are filed, the optional reply brief is due within 14 days after service of the last served answering brief.

GS   02/18/2013/Pro Mo

No. 09-16852

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

    For the Court:

    MOLLY C. DWYER
    Clerk of Court

    Grace S. Santos
    Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note to Rule 27
      and Ninth Circuit 27-10

GS   02/18/2013/Pro Mo