FILED

MAY 15 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN, <br><br> Plaintiffs - Appellants, <br><br> and <br><br> DEANNA SYKES; et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO; et al., <br><br> Defendants - Appellees. | No. 09-16852 <br><br> D.C. No. 2:08-cv-02064-JAM-KJM <br> Eastern District of California, Sacramento <br><br> ORDER |

Appellees' joint motion to stay appellate proceedings pending *Mehl v. County of Sacramento,* no. 08-15773, is granted.

Appellate proceedings are stayed until September 3, 2013.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief. If the answering briefs are filed, the optional reply brief is due within 14 days after

service of the last-served answering brief.

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

For the Court:

MOLLY C. DWYER
Clerk of the Court


Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10