

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN,<br><br>        Plaintiffs - Appellants,<br><br>and<br><br>DEANNA SYKES; et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>        Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br>ORDER |

Appellees' joint unopposed motion to stay appellate proceedings pending resolution of the pending petition for review in *Mehl v. County of Sacramento,* no. 08-15773, is granted in part.

Appellate proceedings are stayed until December 2, 2013.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief. If the answering briefs are filed, the optional reply brief is due within 14 days after

service of the last-served answering brief.

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

> For the Court:
>
> MOLLY C. DWYER
> Clerk of the Court
>
>
> Lorela Bragado-Sevillena
> Deputy Clerk
> > Ninth Circuit Rule 27-7/Advisory Note
> > to Rule 27 and Ninth Circuit Rule 27-10