

**FILED**

NOV 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> COUNTY OF SACRAMENTO; et al., <br><br> Defendants - Appellees. | No. 09-16852 <br><br> D.C. No. 2:08-cv-02064-JAM-KJM <br> Eastern District of California, Sacramento <br><br> ORDER |

The appellees' motion to stay appellate proceedings is granted in part.

This appeal is stayed until April 4, 2014. On or before the expiration of the stay, the appellees shall file the answering briefs, or file a motion that requests appropriate relief.

If the appellees file the answering briefs, the reply brief shall be due within 14 days after service of the answering brief.

Failure to file a motion shall terminate the stay.

For the Court:

MOLLY C. DWYER
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10

Cag/11.18.13/Pro Mo