

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN,<br><br>               Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>               Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br>ORDER |

    The appellees' motion to stay appellate proceedings pending resolution of the petition for rehearing en banc in *Peruta v. County of San Diego*, No. 10-56971, is granted. Appellate proceedings are stayed until October 1, 2014.

    At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief. If the answering briefs are filed, the optional reply brief is due within 14 days after the last served answering brief.

                                     For the Court:
                                     MOLLY C. DWYER
                                     Clerk of the Court:

                                     Cathie A. Gottlieb
                                     Deputy Clerk
                                     Ninth Cir. R. 27-7/Advisory Note to Rule 27
                                         and Ninth Circuit 27-10

Cag/07/07/14/Pro Mo