UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN, <br><br> Plaintiffs - Appellants, <br><br> And <br><br> DEANNA SYKES; et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO; et al., <br><br> Defendants - Appellees. | No. 09-16852 <br><br> D.C. No. 2:08-cv-02064-JAM-KJM <br> Eastern District of California, Sacramento <br><br> ORDER |

The appellees' unopposed motion to stay appellate proceedings pending the resolution of *Peruta v. County of San Diego*, No. 10-56971, is granted in part. Appellate proceedings are stayed until June 30, 2015.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief.

If the answering brief is filed, the optional reply brief will be due within 14 days after service of the answering brief.

GS    03/09/2015/Pro Mo

No. 09-16852

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

        For the Court:

        MOLLY C. DWYER
        Clerk of Court

        Grace Santos
        Deputy Clerk
        Ninth Circuit Rule 27-7/Advisory Note to Rule 27
          and Ninth Circuit 27-10