UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN, <br><br> Plaintiffs - Appellants, <br><br> And <br><br> DEANNA SYKES; et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO; et al., <br><br> Defendants - Appellees. | No. 09-16852 <br><br> D.C. No. 2:08-cv-02064-JAM-KJM <br> Eastern District of California, Sacramento <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The appellees' motion to further stay appellate pending *Peruta v. County of San Diego*, No. 10-56971, proceedings is granted. Appellate proceedings are stayed until September 30, 2015.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief.

If the answering briefs are filed, the optional reply brief is due within 14 days after the last-served answering brief.

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

GS   App. Comm.  06/15/2015/Pro Mo