FILED

SEP 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES ROTHERY and ANDREA HOFFMAN,<br><br>        Plaintiffs - Appellants,<br><br> And<br><br>DEANNA SYKES; et al.,<br><br>        Plaintiffs,<br><br> v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>        Defendants - Appellees. | No. 09-16852<br><br>D.C. No. 2:08-cv-02064-JAM-KJM<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The appellees' motion to further stay appellate proceedings pending *Peruta v. County of San Diego*, No. 10-56971, is granted as follows. Appellate proceedings are stayed until December 29, 2015.

At or prior to the expiration of the stay of appellate proceedings, the appellees shall file the answering briefs or file a motion for appropriate relief.

If the answering briefs are filed, the optional reply brief is due within 14 days after the last-served answering brief.

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

GS  App. Comm. 09/14/2015/Pro Mo